**Order entered August 5, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01534-CR

**MICHAEL ADAMS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F12-00936-Y**

## ORDER

On July 8, 2013, this Court ordered court reporter Sharina Fowler to file, within fifteen days, a supplemental record containing State's Exhibit nos. 1, 2, 3, and 13. To date, Ms. Fowler has neither filed the exhibits nor communicated with the Court regarding their status.

Accordingly, we **ORDER** court reporter Sharina Fowler to file, by **AUGUST 15, 2013**, a supplemental record containing State's Exhibit nos. 1, 2, 3, and 13.  If Ms. Fowler does not file the supplemental record by the date specified, we will order that she not sit as a court reporter until she files the exhibits in this case.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Michael Snipes, Presiding Judge, Criminal District Court No. 7; Sharina Fowler, Deputy Official Court Reporter, Criminal District Court No. 7, and to counsel for all parties.

/s/     DAVID EVANS
         JUSTICE